**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

| | | |
|---|---|---|
| JAMARR R. STONE,<br><br>Plaintiff,<br><br>vs.<br><br>ANNETTE CHAMBERS-SMITH, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:26-cv-366<br><br>Chief District Judge Sarah D. Morrison<br>Magistrate Judge Caroline H. Gentry |

# ORDER

*Pro se* Plaintiff, a prisoner at the Madison Correctional Institution, in London, Ohio, filed the instant civil rights action in March 2026. (Doc. 1). He has paid the filing fee. (Doc. 7). This case is currently before the Court on Plaintiff' Request for Default (Doc. 10) and his Motions for Status Review (Docs. 11; 12).

The Court notes that the next step in this case is an initial screening of Plaintiff's Complaint (Doc. 1), which is required because Plaintiff is a prisoner seeking "redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). *See also* 28 U.S.C. § 1915(e)(2). The Court will conduct this initial screening as soon as practicable. The Court will then enter an appropriate Order and/or Report and Recommendation and, if appropriate, direct service of the Complaint and summons on Defendants.

In light of the instant Order, Plaintiff's Request for Default (Doc. 10) is **DENIED as premature**. Further, Plaintiff's Motions for Status review (Docs. 11; 12) have been rendered moot and are **DENIED**. The Court will consider any additional pending motions after, or along with, the initial screen of the Complaint.

Plaintiff is reminded that he must keep this Court informed of his current address, and promptly file a Notice of New Address if he is released or transferred.

**IT IS SO ORDERED.**

October 23, 2026

*/s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE